# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY, | No. CV 11-7427-SVW (AGR) |
|     Petitioner, | |
|     v. | JUDGMENT |
| F.B. HAWS, et al., | |
|     Respondents. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: ___March 19, 2013

STEPHEN V. WILSON
United States District Judge